## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  11-CV-62383-KMW

**LINDA ROBISON,**

       **Plaintiff,**

**vs.**

**DOLGENCORP, LLC d/b/a**
**DOLLAR GENERAL,**

       **Defendant.**

_____/

### DEFENDANT'S WITNESS LIST

In accordance with Rule 26, Fed.R.Civ.P., and this Court's January 17, 2012 Order Setting Schedule, Requiring Mediation, Referring Certain Matters to Magistrate Judge, and Establishing Pre-Trial Procedures, Defendant identifies the following witnesses Defendant intends to call at trial.

| Name, Last Known Address and Phone Number | Subject of Testimony |
|---|---|
| Plaintiff | All relevant areas within her personal knowledge. |
| Robert Alvarado<br>Direct Manager<br>(contact through counsel) | Mr. Alvarado was employed as a District Manager at the time of Plaintiff's termination. Mr. Alvarado will testify regarding his knowledge of:  Plaintiff's work history, Plaintiff's work performance, Dollar General's investigation of Plaintiff's register transactions and subsequent training, Plaintiff's allegation of FMLA interference and Plaintiff's termination. |
| Albert Santiago<br>Regional Loss Prevention Manager<br>(contact through counsel) | Mr. Santiago was employed as the Regional Loss Prevention Manager during the relevant time period. Mr. Santiago will testify about Dollar General's policies and procedures with respect to minimizing losses to the Company, including investigations of employees with unusual cash register transactions, and particularly Plaintiff's unusual cash register transactions. |
| Carla Self<br>Former Store Manager | Ms. Self was employed as a Store Manager for the Defendant during the relevant time period.  Ms. Self will |

| 114 NE 49th St.<br>Pompano Beach, FL<br>(348) 790-1361 | testify about Plaintiff's illness, need for leave, communications with Plaintiff and Plaintiff's mother during her leave, communications with Plaintiff about her return from leave, and Plaintiff's performance following her return from leave. Ms. Self will testify as to her knowledge of Plaintiff's written warnings with regard to cash shortages and Plaintiff's termination.  Ms. Self will also testify as to Dollar General's cash accountability standards. |
| --- | --- |
| Scott Kammerer<br>Leave Manager<br>(may be contacted through counsel) | Mr. Kammerer will speak to the company's leave and FMLA policies including how employees are informed of their FMLA rights. |
| Records Custodian<br>Imperial Point Medical Center | If necessary, a representative of Imperial Point medical center will be called to authenticate Plaintiff's medical records. |

Date:   December 20, 2012

Respectfully submitted,

FISHER & PHILLIPS LLP

_____/s/ Alva L. Cross_____
Alva L. Cross, Esq.
Florida Bar No.:  0755621
across@laborlawyers.com
2300 SunTrust Financial Centre
401 E. Jackson Street
Tampa, FL 33602
Telephone:     (813) 769-7500
Facsimile:      (813) 769-7501

**CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of December, 2012, I electronically filed Defendant's Witness List which will send electronic notification to the following attorney of record:

Chad E. Levy
LAW OFFICES OF LEVY & LEVY, P.A.
300 Southeast 13th Street
Fort Lauderdale, Florida 33316

/s/ Alva L. Cross
Alva Cross